## WILL CATO V. THE STATE.

No. 5436.　Decided October 15, 1919.

**Burglary—Notice of Appeal—Practice on Appeal.**

Where, upon appeal from a conviction of burglary, the record showed that if notice of appeal was given and entered in the lower court this did not appear, the appeal must be dismissed.

Appeal from the District Court of Fort Bend.　Tried below before the Hon. Sam'l J. Styles.

Appeal from a conviction of burglary; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

*C. I. McFarlane,* for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellant was convicted of burglary, his punishment being assessed at two years confinement in the penitentiary.

There is a statement of facts in the record accompanying the transcript, but the transcript does not contain notice of appeal. If notice of appeal was given and entered of record in the trial court the record before us does not so show. Without this notice of appeal the jurisdiction of this court would not attach.

The appeal, therefore, will be dismissed.

*Dismissed.*